**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Annalee Walsh, Respondent,

v.

Boat-N-RV Megastore and Ridgeland Recreational Vehicles, Inc., Defendants,

Of which Ridgeland Recreational Vehicles, Inc., d/b/a Boat-N-RV Megastore, is the Petitioner.

Appellate Case No. 2019-001080

―――――――――

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

―――――――――

Appeal From Jasper County
Maite Murphy, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2020-MO-007
Heard August 19, 2020 – Filed August 26, 2020

―――――――――

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Matthew Todd Carroll, of Womble Bond Dickinson (US) LLP, of Columbia, for Petitioner.

Darrell T. Johnson Jr. and Joshua Reece Fester, of Law Offices of Darrell Thomas Johnson Jr., LLC, of Hardeeville, for Respondent.

---

**PER CURIAM:** We granted a petition for a writ of certiorari to review the decision of the court of appeals in *Walsh v. Boat-N-RV Megastore*, Op. No. 2019-UP-103 (S.C. Ct. App. filed Mar. 13, 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**